**O**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MICHAEL FREDDIE RAMIREZ, | ) | CASE NO. ED CV 12-01673 SVW (RZ) |
| Petitioner, | ) | |
| | ) | JUDGMENT |
| vs. | ) | |
| K. HOLLEN, WARDEN, | ) | |
| Respondent. | ) | |

This matter came before the Court on the Petition of MICHAEL FREDDIE RAMIREZ, for a writ of habeas corpus. Having reviewed the Petition and supporting papers, and having accepted the findings and recommendation of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed with prejudice.

DATED: April 30, 2013

_____
STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE